UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan RESENDIZ–PONCE,
Defendant–Appellant.

No. 04–10302.

United States Court of Appeals,
Ninth Circuit.

Feb. 22, 2007.

Joseph E. Koehler, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Atmore L. Baggot, Esq., Atmore Baggot Attorney at Law, Apache Junction, AZ, for Defendant–Appellant.

Before: GOODWIN, REAVLEY,* and RAWLINSON, Circuit Judges.

ORDER ON REMAND FROM
THE UNITED STATES
SUPREME COURT

The judgment of this court, 425 F.3d 729 (9th Cir.2005), is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *United States v. Resendiz–Ponce,* —— U.S.

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

——, 127 S.Ct. 782, 166 L.Ed.2d 591 (2007).